UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| KNIGHTS FRANCHISE SYSTEMS, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-14 |
| ) | |
| DYNASTY CO., LLC (a/k/a DYNASTY, ) | Judge Mattice |
| LLC), ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 30). Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with the Magistrate Judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Plaintiff is entitled to the following damages:

(1)  Monthly recurring fees in the amount of $20,053.43.

(2)  Interest on said recurring fees, at 18 percent per annum, in the amount of $8,930.67.

(3)  Liquidated damages in the amount of $50,000.00.

(4)  Prejudgment interest on said liquidated damages, at 18 percent per annum, in the amount of $21,519.45.

(5)  Attorneys' fees and expenses in the amount of $12,362.15.

SO ORDERED this 12th day of July, 2006.

                                            *s/ Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                       UNITED STATES DISTRICT JUDGE